ISABEL GEORGE, as Administratrix of the Estate of WILLIAM GEORGE, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, et al., Defendants.— Action to recover damages for the death of plaintiff's intestate in a grade crossing accident. Judgment in favor of plaintiff, and order denying appellant's motions to set aside the verdict and for a new trial, affirmed, with costs. No opinion. Hagarty, Acting P. J., Carswell and Johnston, JJ., concur; Adel and Sneed, JJ., dissent and vote to reverse the judgment and order and to dismiss the complaint on the ground that plaintiff failed to make out a prima facie case.